ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM J. SNEDIGAR,<br>Defendant. | 2:26-po-00192-CKD<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE: September 24, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice without prejudice in Case Number 2:26-po-00192-CKD is GRANTED.

It is further ordered that the bench trial scheduled on September 24, 2026, is vacated.

IT IS SO ORDERED.

Dated: September 1, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE